```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-12
```
Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SANTIAGO VASQUEZ, MOISES
CUANETL, ANTHONY DIAZ and LUIS       :     **ELECTRONICALLY FILED**
VASQUEZ, *individually and on behalf of*    :     **(ECF CASE)**
*others similarly situated,*
                        Plaintiffs,              :
                                                         Case No.: 11 CIV 8734 (PAC)
v.                                                    :

KOSHER DELIGHT CORP. (d/b/a KOSHER  :     **STIPULATION** † Order
DELIGHT) and PHILIP HUBERFELD,
                                                         :
                        Defendants.
-------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties in the above-captioned action that the time by which Defendants may respond to the Complaint in this action is extended from February 28, 2012 through March 20, 2012.

Dated: New York, New York
        February 27, 2012

PHILLIPSNIZER LLP                                    MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____                  By: _____
Marc B. Zimmerman (MZ 3923)                  Michael A. Faillace, Esq. (MF 8436)
mzimmerman@phillipsnizer.com              michael@faillacelaw.com
666 Fifth Avenue                                         110 East 59th Street, 32nd Floor
New York, New York 10103-0084             New York, New York 10018
Telephone: (212) 977-9700                         Telephone: (212) 317-1200
Facsimile: (212) 262-5152                           Facsimile: (212) 317-1620
*Attorneys for Defendants*                          *Attorneys for Plaintiffs*

SO ORDERED: 2-28-12
_____
Hon. Paul A. Crotty, U.S.D.J.

1167898.1